IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HEIL TRAILER INTERNATIONAL CO., § <br> a Delaware Company, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIV. ACT. NO. 4:12-cv-00385-A <br> GAVIN KULA, JERRY DAVIS, § <br> ROBERT TROXELL, WILLIAM LYMAN § <br> and TROXELL COMPANY, INC., a § <br> Texas Company, § <br> § <br> Defendants. § | |

## DEFENDANTS' DESIGNATION OF DAMAGES EXPERT

Defendants Gavin Kula, Jerry Davis, Robert Troxell, William Lyman, and Troxell Company, Inc. ("Defendants"), pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Order Setting Schedule and Providing Special Pretrial Instructions (Doc. 93), the Court's Order Granting Joint Motion to Extend Deadline to Designate Damages Expert (Doc. 98), and the Court's Order Granting Second Joint Motion to Extend Deadline to Designate Damages Expert (Doc. 123), Defendants hereby designate the following damages expert:

### I. Defendants' Damages Expert

1. Daniel L. Jackson
   AlixPartners, LLC
   2101 Cedar Springs Road
   Suite 110
   Dallas, Texas 75201
   (214)-647-7500

   Mr. Jackson's expert report is being served on all counsel of record today.

DATED: September 5th, 2014    Respectfully submitted,

_____
Richard A. Smith (rsmith@lynnllp.com)
  Texas Bar No. 24027990
Christopher Patton (cpatton@lynnllp.com)
  Texas Bar No. 24083634
**LYNN TILLOTSON PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800  Telephone
(214) 981-3839  Facsimile

**ATTORNEYS FOR DEFENDANTS GAVIN KULA, JERRY DAVIS, AND WILLIAM LYMAN**

_____
James T. Drakeley (jdrakeley@hhdulaw.com)
  Texas Bar No. 06111600
Craig A. Harris (charris@hhdulaw.com)
  Texas Bar No. 09056750
R. Scott Seifert (sseifert@hhdulaw.com)
  Texas Bar No. 24003860
**HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.**
15303 Dallas Parkway, Suite 700
Addison, Texas 75001-4610
(972) 701-7000  Telephone
(972) 701-8765  Facsimile

**ATTORNEYS FOR DEFENDANTS TROXELL COMPANY, INC. AND ROBERT TROXELL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served by hand delivery upon all parties through their counsel of record on this 5th day of September, 2014.

_____
James T. Drakeley